UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ISAIAH CHASE, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Conspiracy to Interfere with Interstate |
| | : | Commerce by Robbery) |
| | : | 18 U.S.C. § 1951 |
| | : | (Interference with Interstate Commerce |
| | : | by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Brandishing a Firearm During and in |
| | : | Relation to a Crime of |
| | : | Violence) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 6, 2022, in the District of Columbia and elsewhere, **ISAIAH CHASE**, did knowingly and willfully combine, conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, namely, to knowingly and unlawfully obstruct, delay, and affect interstate commerce by robbery in violation to Title 18, United States Code, Section 1951, by agreeing to rob and by

robbing employees of Busboys and Poets, which was engaged in and which affected interstate commerce.

### The Conspiracy

On or about February 6, 2022, in the District of Columbia and elsewhere, the defendant, **ISAIAH CHASE**, did knowingly and willfully combine, conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States, that is, Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951.

### Goal of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money and things of value, by way of robbery, belonging to and in the care, custody, and control, management, and possession of Busboys and Poets.

### Manner and Means of the Conspiracy

The defendant and others, both known and unknown to the grand jury, used the following manner and means to accomplish the object of the conspiracy:

1. It was part of the conspiracy that the defendants participated in the conduct of the conspiracy through various criminal acts. The defendants wore dark clothing and coverings over their faces as well as gloves. The defendant and others were armed with one or more firearms. The defendant and others entered Busboys and Poets with the intent to rob it of money and things of value.

2. It was further a part of the conspiracy that the defendant and others, both known and unknown to the grand jury, used a vehicle to flee from the establishments after they robbed or attempted to rob the establishment.

3.  It was further a part of the conspiracy that the defendant and others, both known and unknown to the grand jury, took steps and made efforts to avoid detection by law enforcement authorities.

Overt Act

1.  On or about February 6, 2022, the defendant and others entered and robbed 450 K ST NW, Washington, D.C. while armed with one or more firearms.

**(Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about February 6, 2022, in the District of Columbia, the defendant **ISAIAH CHASE**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **ISAIAH CHASE**, did unlawfully take and obtain property consisting of a set of keys, from the presence of an employee of Busboys and Poets, located at 450 K Street, NW, Washington, D.C., against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, while the employee was engaged in commercial activities as an employee of Busboys and Poets, a business that was engaged in and that affects interstate commerce.

**(Interference With Interstate Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2)

## COUNT THREE

On or about February 6, 2022, within the District of Columbia, **ISAIAH CHASE**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and did possess in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Two of this Indictment which is incorporated herein, a firearm.

**(Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia