IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES } | |
| } | |
| } | |
| V.  } | 22-CR-349 |
| } | |
| } | |
| ISAIAH CHASE } | |
| _____} | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Deidra McEachern and The McEachern Law Firm as counsel of record for Defendant, Isaiah Chase, in the above captioned matter. Counsel McEachern is a member in good standing of this bar and maintains offices at 6710 Oxon Hill Road, Suit 210 in Oxon Hill MD.

Respectfully submitted,

  /s/ Deidra L. McEachern
Deidra L. McEachern, Esq.
Bar Number-418572
Counsel for Isaiah Chase
6710 Oxon Hill Road
Suite 210
Oxon Hill, MD. 20745
(301) 925-4069
E-mail McEachernlaw@aol.com