UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ISAIAH CHASE,   )<br>)<br>Defendant.   ) | Criminal Action No. 22-349 (RBW) |

## ORDER

A hearing on the government's motion for joinder of United States v. Harrigan, et al., Criminal Action No. 22-104, and United States v. Chase, Criminal Action No. 22-349, see Motion for Joinder Pursuant to Federal Rules of Criminal Procedure 8 and 13 at 1, ECF No. 19, is currently scheduled for July 26, 2023. See Notice of Hearing (June 15, 2023). On July 9, 2023, counsel for defendant Stephon Harrigan filed a motion to withdraw. See Motion to Withdraw as Counsel at 1, United States v. Harrigan, et al., Criminal Action No. 22-104, ECF No. 107. On July 25, 2023, the Court held an ex parte motion hearing in United States v. Stephon Harrigan, Criminal Action No. 22-104-1, during which it granted counsel's motion to withdraw and ordered that defendant Stephon Harrigan be appointed new counsel. See Order at 1 (July 26, 2023), United States v. Harrigan, et al., Criminal Action No. 22-104, ECF No. 110. In light of the forthcoming appointment of new counsel for defendant Stephon Harrigan, it is hereby

**ORDERED** that the hearing on the government's motion for joinder of United States v. Harrigan, et al., Criminal Action No. 22-104, and United States v. Chase, Criminal Action No. 22-349, which is currently scheduled for July 26, 2023, is **VACATED** pending further order

of the Court.  It is further

**ORDERED** that, on August 16, 2023, at 9:30 a.m., the parties shall appear before the Court for a status hearing.[1]  The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 26th day of July, 2023.

REGGIE B. WALTON
United States District Judge

---

[1] During the August 16, 2023 status hearing, the Court will determine a mutually agreeable date and time to reschedule the hearing on the government's motion for joinder.